1  Mark K. Gray
   Matthew L. White
2  **Franklin Gray & White**
   505 West Ormsby Avenue
3  Louisville, Kentucky 40203
   Telephone: (502) 636-6000
4  Fax: (502)637-1413
   Email: mgray@franklingrayandwhite.com
5  Email: mwhite@franklingrayandwhite.com

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 3:06-cv-0377-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Patricia A. Alvey,<br><br>                              Plaintiff<br>vs.<br><br>Pfizer Inc,<br><br>                              Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiff and Defendant in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own attorneys'

//
//
//
//

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  fees and costs.

2

3  Dated: ___September 29___, 2010          By _/s/ Matthew L. White/by AvK_

4                                              **Franklin Gray & White**
                                                505 West Ormsby Avenue
5                                               Louisville, Kentucky 40203
                                                Telephone: (502) 637-6000
6                                               Facsimile: (502) 637-1413

7                                               *Attorneys for Plaintiff*

8

9  Dated: ___September 29___, 2010

10                                              By _/s/_____

11                                              **DLA Piper LLP (US)**
                                                1251 Avenue of the Americas
12                                              New York, New York 10020
                                                Telephone: (212) 335-4500
13                                              Facsimile: (212) 335-4501

14                                              *Defendants' Liaison Counsel*

15

16

17

18

19     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
20

21  Dated: _____ Sept. 30, 2010

22                                              By _/s/ Charles R. Breyer_____
23                                              Hon. Charles R. Breyer
                                                United States

*IT IS SO ORDERED*
Judge Charles R. Breyer

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**